UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Civil Action No. 14 cv 8190 (RJS)

Next Communications, Inc.,
a Delaware corporation, and
NxtGn, Inc., a Florida corporation,

    Plaintiffs,

v.

Viber Media, Inc.,
a Panama corporation

    Defendant.
_____/

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/14/14

## (~~PROPOSED~~) ORDER GRANTING PLAINTIFF'S EX PARTE MOTION TO FILE NON-REDACTED COMPLAINT UNDER SEAL

The Court finds that there is good cause to keep Plaintiffs' trade secrets confidential, and therefore the Plaintiffs' Ex Parte Motion to File Non-Redacted Complaint Under Seal is granted.

**IT IS HEREBY ORDERED** that the Plaintiff may file its non-redacted Complaint under seal, and may file a redacted version of its Complaint.

Dated: 10/14/14

_____
United States District / ~~Magistrate~~ Judge

Part I