UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  07.16.15
```

NEXT COMMC'NS, INC. *and* NXTGN, INC.,

            Plaintiffs,

-v-

VIBER MEDIA, SARL,

            Defendant.

No. 14-cv-8190 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

On April 17, 2015, the Court directed Plaintiffs to file unredacted versions of the original
Complaint, Amended Complaint, and all briefing, exhibits, and declarations in support thereof by
April 24, 2015. (Doc. No. 41.) On April 23, 2015, the Court stayed the Court's April 17 Order so
that Plaintiffs could apply to the Second Circuit for a stay pending appeal pursuant to Rule 8(a) of
the Federal Rules of Appellate Procedure. (Doc. No. 43.) The Court's April 23 Order remained
in effect "until the stay motion before the Second Circuit is decided." (*Id.*) On May 26, 2015, the
Court granted Plaintiffs' request to file their opposition to Defendant's motion to dismiss in non-
redacted form pending the Second Circuit's resolution of Plaintiffs' appeal of the Court's April 17
Order. (Doc. No. 50.)

The Court is now in receipt of the Second Circuit's July 14, 2015 Order, denying Plaintiffs'
motion for a stay of the Court's Orders, pending the Second Circuit's resolution of the appeal.
(Doc. No. 52.) Accordingly, IT IS HEREBY ORDERED THAT the temporary stay imposed in
the Court's April 23 Order is lifted and Plaintiffs are directed to comply with the Court's April 17
Order by July 24, 2015. IT IS FURTHER ORDERED THAT the parties are directed to file

unredacted versions of all briefing, exhibits, and declarations pertaining to Defendant's pending

motion to dismiss (Doc. Nos. 34-37, 47, 51) by July 24, 2015.

SO ORDERED.

Dated:       July 16, 2015
             New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE