June 24, 2016

*Via ECF*
Honorable Sarah Netburn
United States Magistrate Judge
United States District Court
Thurgood Marshall Courthouse
40 Foley Square, Room 430
New York, New York 10007

   Re: *Next Communications Inc. and NxtGn, Inc. v. Viber Media S.à r.l.*
     Case No. 1:14-cv-08190-RJS

Dear Judge Netburn:

  On May 23, 2016, the Honorable Richard J. Sullivan entered a Case Management Plan and Scheduling Order (the "Scheduling Order") for the above-referenced action, and ordered that the parties contact Your Honor by June 28, 2016 (D.E. 87).

  In view of the Scheduling Order, the parties contacted Your Honor's chambers on June 24, 2016 and spoke with your clerk assigned to this action. Undersigned counsel for the parties advised that discovery is only just beginning in this action and that the parties believe a settlement conference at this time would not be productive. Undersigned counsel were advised to submit this joint letter to Your Honor setting forth the parties' position regarding the status of the case and settlement discussions.

  The parties are available at Your Honor's convenience to discuss this matter further.

                Respectfully Submitted,

 /s/ Susan M. Schlesinger       /s/ Daniel Foodman
Susan M. Schlesinger        Daniel Foodman
Meister Seelig & Fein LLP       WNF Law, P.L.
*Attorneys for Viber Media S.à r.l*     *Attorneys for Next Communications, Inc.*
                   *and NxtGn, Inc.*