July 28, 2016

*Via Electronic Mail and ECF*
Honorable Sarah Netburn
United States District Court
Thurgood Marshall United States Courthouse
40 Foley Square, Room 219
New York, New York 10007

      Re:   *Next Commc'ns. Inc., and NxtGn, Inc. v. Viber Media, Inc.,* **Case No. 1:14-cv-08190-RJS**

Dear Judge Netburn:

On June 24, 2016, your Honor instructed the parties to file a joint letter no later than July 28, 2016, updating the Court on the status of discovery and whether it would be productive to schedule a settlement conference (D.E. 89).

Undersigned counsel have discussed this matter and feel it would be unproductive to schedule a settlement conference at this time due to the fact that discovery has only just commenced.

The parties are available at your Honor's convenience to discuss this matter further.

                                    Respectfully Submitted,

| */s Daniel Foodman* | */s/ Susan M. Schlesinger* |
|---|---|
| Daniel Foodman | Susan M. Schlesinger |
| WNF Law, P.L. | Meister Seelig & Fein LLP |
| *Attorneys for Next Communications, Inc.* | *Attorneys for Viber Media S.à r.l.* |
| *and NxtGn, Inc.* | *(formerly Viber Media, Inc.)* |